UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILLIAMS, | No. 2:13-cv-1929 CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO POLICE DEPARTMENT, et al., | |
| Defendants. | |

On August 1, 2014, defendants filed a motion asking that the court compel plaintiff to serve responses to defendants' request for production of documents and interrogatories. Plaintiff has not filed a response to the motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to compel (ECF No. 29) is granted;

2. Plaintiff shall serve responses to defendants' request for production of documents and interrogatories upon counsel for defendants within 14 days of service of this order.

3. Plaintiff's failure to comply with this order may result in a recommendation that this action be dismissed without prejudice.

Dated: September 11, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/will1929.mtc