UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILLIAMS, | No. 2:13-cv-1929 CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO POLICE DEPARTMENT, et al, | |
| Defendants. | |

On August 5, 2014, plaintiff filed a motion for summary judgment. Defendants' object to the motion based upon the fact that plaintiff has not provided the court with a "statement of undisputed facts" as required by Local Rule 260. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (ECF No. 30) is denied without prejudice to plaintiff filing a motion for summary judgment which complies with Local Rule 260 on or before October 24, 2014; the deadline for filing pretrial motions.

Dated: September 24, 2014

_CAROLYN K. DELANEY_
UNITED STATES MAGISTRATE JUDGE

1
will1929.msj